1  MELINDA L. HAAG, CSBN 132612
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX
3  Social Security Administration
   JACQUELINE A. FORSLUND, CSBN 154575
4  Special Assistant United States Attorney
     333 Market Street, Suite 1500
5    San Francisco, California 94105
     Telephone:  (415) 977-8932    *E-FILED - 10/5/10*
6    Facsimile:  (415) 744-0134
     E-Mail: Jacqueline A. Forslund@ssa.gov
7
   Attorneys for Defendant
8
         UNITED STATES DISTRICT COURT
9
         NORTHERN DISTRICT OF CALIFORNIA
10

11

12  ERNEST ORTIZ,
              CIVIL NO. 10-CV-1632 RMW
13    Plaintiff,

14      v.         STIPULATION AND ORDER
              FOR EXTENSION OF TIME
15  MICHAEL J. ASTRUE,
   Commissioner of
16  Social Security,

17    Defendant.

18

19   The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

20 attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's

21 motion for summary judgment, to allow for Defendant's further review of the case in light of the

22 arguments for remand presented in Plaintiff's motion.  The current due date is September 27, 2010.

23 The new due date will be October 27, 2010.

24

25

26

27

28

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: September 24, 2010

*/s/ Tom Weathered*
(As authorized via email)
TOM WEATHERED
Attorney for Plaintiff

Dated: September 24, 2010

United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Jacqueline A. Forslund*
JACQUELINE A. FORSLUND
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: 10/5/10

*Ronald M. Whyte*
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE