MELINDA HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT, SBN IL 619786
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH BARRY, CSBN 203314
Special Assistant United States Attorney

   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone:  (415) 977-8972
   Facsimile:  (415) 744-0134
   Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**SAN JOSE DIVISION**

| | |
|---|---|
| ERNEST ORTIZ,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of<br>Social Security,<br><br>        Defendant. | Case No.  CIV-5:10-cv-01632-RMW<br><br>STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

     IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,[1] subject to the approval of the Court, that Ernest Ortiz will be awarded attorney fees in the amount of three-thousand nine-hundred dollars ($3,900.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Ernest Ortiz by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

     After the Court issues an order for EAJA fees to Ernest Ortiz, the Defendant will consider any assignment of EAJA fees to Tom Weathered. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2252-2253 (2010), the ability to honor any such assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

EAJA fees is entered, the Defendant will determine whether they are subject to any offset.

Fees shall be made payable to Ernest Ortiz, but if the Department of the Treasury determines that Ernest Ortiz does not owe a federal debt, then the government shall cause the payment of fees to be made directly to the Tom Weathered, pursuant to any assignment executed by Ernest Ortiz. Any payments made shall be delivered to Tom Weathered.

This stipulation constitutes a compromise settlement of Ernest Ortiz's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Ernest Ortiz and/or Tom Weathered may have relating to EAJA attorney fees in connection with this action. Tom Weathered volunteers not to seek attorney fees under 42 U.S.C. § 406 of the Social Security Act.

Respectfully submitted,

Dated: May 9, 2014

*/s/ Tom Weathered*
(as authorized via e-mail)
TOM WEATHERED
Attorney for Plaintiff

MELINDA L. HAAG
United States Attorney

Dated: May 9, 2014     By    */s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____     _____
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE